# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 21, 2024

Eugene Frank Assaf
Kirkland & Ellis, LLP
1301 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004

Brannon J. Buck
Badham & Buck, LLC
2001 PARK PLACE N STE 500
BIRMINGHAM, AL 35203

Christopher B. Driver
Badham & Buck, LLC
2001 PARK PLACE N STE 500
BIRMINGHAM, AL 35203

Warren Neil Eggleston
Kirkland & Ellis, LLP
1301 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004

Byron Pacheco
Kirkland & Ellis, LLP
1301 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004

Barry Alan Ragsdale
Dominick Feld Hyde, PC
1130 22ND ST S STE 4000
BIRMINGHAM, AL 35205

Robert Smith Vance III
Dominick Feld Hyde, PC
1130 22ND ST S STE 4000
BIRMINGHAM, AL 35205

Donald Beaton Verrilli Jr.

Munger Tolles & Olson, LLP
601 MASSACHUSETTS AVE NW STE 500E
WASHINGTON, DC 20001-5369

Appeal Number: 24-11618-J
Case Style: In re: James Esseks, et al
District Court Docket No: 2:22-cv-00184-LCB-SRW

MOTION MOOT: Motion to show cause is MOOT [10207197-2]; Motion for writ of mandamus is MOOT [10207166-2] due to clerk's order filed 05/21/2024. Motion filed by Petitioners Carl Charles, James D. Esseks, Latisha Faulks, Kathleen Hartnett and Milo Inglehart.

Clerk's Office Phone Numbers
General Information:      404-335-6100    Attorney Admissions:           404-335-6122
Case Administration:      404-335-6135    Capital Cases:                 404-335-6200
CM/ECF Help Desk:         404-335-6125    Cases Set for Oral Argument:   404-335-6141

MOT-11 Motion or Document Returned